March 11, 2005

Mr. Gregory S. Coleman
Weil Gotshal & Manges LLP
8911 Capital of Texas Hwy., Suite 4140
Austin, TX 78759

Mr. Gary L. Richardson
Richardson, Stoops, Richardson & Ward
6555 South Lewis, Suite 200
Tulsa, OK 74136
Mr. William W. Ogden
Ogden Gibson White Broocks & Longoria, LLP
711 Louisiana, Suite 2100
Houston, TX 77002

Ms. Beth Anne Harding Miller
Richardson, Stoops, Richardson & Ward
518 East Tyler Street
Athens, TX 75751

RE: Case Number: 04-0414
 Court of Appeals Number: 02-03-00069-CV
 Trial Court Number: 49,823

Style: THE HEARST CORPORATION D/B/A THE HOUSTON CHRONICLE PUBLISHING
 COMPANY AND EVAN MOORE
 v.
 JACK SKEEN, JR., DAVID E. DOBBS AND ALICIA CASHELL

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Ms. Elvera M. |
| |Johnson |
| |Mr. Thomas J. |
| |Williams |